IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DR. MANFRED POLK                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:17cv00077-HTW-LRA

CITIMORTGAGE, INC.,
AND CITIGROUP, INC.,
EQUIFAX CREDIT BUREAU,
TRANS UNION CREDIT BUREAU AND
RENASANT BANK, INC.                                                                    DEFENDANTS

## **FINAL JUDGMENT**

This Court entered its Order granting the Defendants' Motions to Dismiss and dismissing this case with prejudice on this date, which Order is incorporated herein by reference. For the reasons assigned in the Court's Order the Court concludes that this case should be and is hereby finally dismissed as to all parties, with prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby dismissed with prejudice in accordance with this court's Order of this same date, with costs taxed to plaintiff.

**SO ORDERED AND ADJUDGED,** this 15th day of February, 2018.

                                                                s/ HENRY T. WINGATE
                                                         UNITED STATES DISTRICT JUDGE